```
1  SAWL & NETZER
   2150 Tulare Street
2  Fresno, CA 93721
   (559) 266-9800
3  (559) 266-3421 Fax

4  Attorneys for Defendant
```

FILED
2006 JAN -5 A 11: 52
CLERK, US DIST COURT
[signature]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES, ) | Case No. CRF 05-378 |
| Plaintiff, ) | |
| v. ) | **SUBSTITUTION OF ATTORNEY** |
| MARLON EFREN CELEDON, ) | |
| Defendant. ) | |

SAWL & NETZER, Attorneys at Law, is hereby substituted as attorney of record for Defendant MARLON EFREN CELEDON in place of the Federal Defender.

**I consent to the above substitution.**
Dated: 1-3-06

_[signature]_
Defendant

**I consent to the above substitution.**
Dated: 1/3/06

_[signature]_
Federal Defender

**I consent to the above substitution.**
Dated: 1-3-06

_[signature]_
SAWL & NETZER

1-4-06

It is so Ordered
Dated: 1-4-06

_[signature]_
United States District Judge

SUBSTITUTION OF ATTORNEY