McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05 cr 00378 OWW |
|  | ) |  |
|             Plaintiff, | ) |  |
|  | ) | STIPULATION TO CONTINUE |
|     v. | ) | STATUS CONFERENCE and ORDER |
|  | ) | THEREON |
| MARLON EFRON CELEDON, | ) |  |
|  | ) |  |
|             Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant Marlon Efren Celedon, through their respective counsel, SHEILA K. OBERTO, Assistant United States Attorney, and ERIC SCHWEITZER, Esq., as follows:

1.   The date for the hearing on the status conference presently set for April 10, 2006 shall be continued to **April 24, 2006** at **9:00 a.m.**

2.   This continuance is requested to provide the government with the opportunity to respond to the defendant's "Answer" to government's opposition to defendant's motion to compel the government to provide images of child pornography, specifically, the information and declaration submitted by defendant's expert, Mr. James Edmiston.

1

3.   The government's response shall be filed by 5:00 p.m. on April 13, 2006.

4.   The delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(i).

Dated:  April 6, 2006                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By /s/ Sheila K. Oberto
                                            SHEILA K. OBERTO
                                         Assistant U.S. Attorney

                                             /s/ Eric Schweitzer
                                         By_____
                                            ERIC SCHWEITZER
                                         Attorney for Defendant MARLON
                                         EFREN CELEDON

**ORDER**

IT IS SO ORDERED.

**Dated:   April 6, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

2