McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:05-cr- 00378 OWW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | COMPUTER MEDIA CONTAINING CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | |
| MARLON EFRON CELEDON, | ) | |
| | ) | |
| Defendant. | ) | The Honorable Oliver W. Wanger |
| | ) | |
| _____ | ) | |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1.   Within 7 days of the date of this order, the defendant shall cause to be provided to the Department of Homeland Security (DHS) Bureau of Immigration and Customs Enforcement (ICE) Special Agent John Simmons or Special Agent Brian Poulsen: (1) one hard drive of 320 Gigabytes; (2) two hard drives of 250 Gigabytes; and (3) one hard drive of 200 Gigabytes; and (4) two hard drives of 20 Gigabytes.

2.   Within 14 days of Special Agent Simmons having received the hard drives from the defendant, Fresno County Sheriff's Department Detective Kevin Wiens and/or a Special Agent from the ICE Forensics Unit shall make duplicate copies of the six (6) hard drives seized from the defendant during the search on September 29,

1  2005 pursuant to the search warrant in this case.

2     3.   The copies of the hard drives shall be made available for
3  defense counsel, Eric Schweitzer, Esq., and defense expert, Mr.
4  James Edmiston's, review at the offices of ICE in Fresno,
5  California ("Premises") for the purpose of preparing for trial in
6  the above-entitled action.  The images on the hard drives shall not
7  be viewed by any other person.

8     4.   Mr. Schweitzer and Mr. Edmiston shall not remove the hard
9  drives from the Premises or copy, duplicate, or transfer any data
10 or files onto any other media of any kind.

15 IT IS SO ORDERED.

16 **Dated:   May 2, 2006**                      **/s/ Oliver W. Wanger**
   emm0d6                                       UNITED STATES DISTRICT JUDGE