McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05 cr 00378 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE and ORDER |
| | ) | THEREON |
| MARLON EFRON CELEDON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant Marlon Efren Celedon, through their respective counsel, SHEILA K. OBERTO, Assistant United States Attorney, and ERIC SCHWEITZER, Esq., as follows:

1.   The date for the hearing on the status conference presently set for August 21, 2006 shall be continued to **September 11, 2006** at **9:00 a.m.**

2.   This continuance is requested to provide for case preparation and investigation.

3.   The delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(i).

1

```
Dated:  August 15, 2006            Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Sheila K. Oberto
                                     SHEILA K. OBERTO
                                   Assistant U.S. Attorney

                                        /s/ Eric Schweitzer
                                   By_____
                                     ERIC SCHWEITZER
                                   Attorney for Defendant MARLON
                                   EFREN CELEDON
```

**ORDER**

IT IS SO ORDERED.

**Dated:   August 17, 2006**             **/s/ Oliver W. Wanger**
emm0d6                           UNITED STATES DISTRICT JUDGE