McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr- 00378 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE FORFEITURE OF COMPUTERS |
| | ) | AND RELATED MEDIA |
| v. | ) | |
| | ) | |
| MARLON EFRON CELEDON, | ) | The Honorable Oliver W. Wanger |
| | ) | |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED THAT:

Based on the agreement of the parties, Defendant Marlon Efren Celedon shall forfeit to the United States all computers, laptops, compact discs, and computer related equipment seized by the Immigration and Customs Enforcement agents and personnel at the time of the execution of the search warrant and/or his arrest in this action.

IT IS SO ORDERED.

Dated:   August 21, 2007            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE