```
Eric H. Schweitzer, S.B.N. 179776
2333 Merced Street
Fresno, CA  93721
(559) 441-0441
(559) 233-6947 Fax

Attorney for Marlon Celedon
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CRF 05-378 OWW |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR ORDER |
| | ) | EXONERATING BOND AND FOR |
| v. | ) | RECONVEYANCE OF REAL |
| | ) | PROPERTY AND ORDER THEREON |
| MARLON CELEDON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Marlon Celedon, by and through his counsel of record, Eric H. Schweitzer, hereby moves this Court for an order, exonerating the bond and for reconveyance of property in the above-captioned case.

On October 18, 2005, the magistrate court ordered Defendant Marlon Celedon be released from custody under conditions of Pretrial Services' supervision and a $70,000 real property bond. A Deed of Trust and Promissory Note were provided to the Court, regarding the property at 634 North Palm Avenue in Fresno, California.

Defendant pled guilty to Count Two of the Indictment. Subsequently, the Court adjudicated that the Defendant was guilty of Possession of Material Involving the Sexual Exploitation of

Minors. Count One of the Indictment was dismissed.

The Defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 78 months, and the Defendant was remanded to the custody of the U.S. Marshal. Subsequently, Mr. Celedon has been committed to the custody of the Bureau of Prisons and is currently serving the sentence imposed by the U.S. District Court.

Since Mr. Celedon has been sentenced and his judgment in a criminal case filed on August 20, 2007, he requests that the Court exonerate the bond previously set by the magistrate court and reconvey title to the real property, securing said bond.

Assistant U.S. Attorney Sheila Oberto does not oppose this motion.

Date: September 18, 2007         Respectfully submitted,

                                 /s/ Eric H. Schweitzer
                                 Attorney for Marlon Celedon

**ORDER**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property, securing said bond, be reconveyed.

IT IS SO ORDERED.

**Dated:   September 24, 2007**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE