# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Marlon Efren Celedon          **Docket Number:**   1:05CR00378-001

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   8/20/2007

**Original Offense:** 18 U.S.C 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**Original Sentence:** 78 months custody Bureau of Prisons; 120 months supervised release; $100 special assessment

**Special Conditions:** 1) Search; 2) Financial disclosure; 3) Mental health treatment; 4) Aftercare co-payment; 5) No on-line computer access; 6) Minor restrictions; 7) Computer inspection; 8) No pornography; 9) Phone record disclosure; 10) Employer disclosure; 11) Sex offender treatment

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   2/26/2013

**Other Court Actions:**  None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer in the lawful discharge of the officer's supervision functions with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not possess, own, view, or read material depicting and/or describing sexually explicit conduct, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" as defined in 18 USC 2256(2) means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oran-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. Furthermore, the defendant shall not frequent places where the primary purpose is related to such material.

3. The defendant's residence shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

**Justification:** The supervisee was sentenced on the instant conviction on August 20, 2007, and subsequently released from the Bureau of Prisons on February 26, 2013. At sentencing, Your honor ordered the general search condition. By virtue of the supervisee's conviction, he is required to register as a sex offender pursuant to California Penal Code (PC) Section 290. For offenders convicted of a sex offense after July 27, 2006, the search condition imposed broadens the search to include "*papers, computers, other electronic communications or data storage of devices or media.*" Further, it allows the search to be conducted by "*any law enforcement or probation officer in the lawful discharge of the officer's supervision functions.*" By imposing the proposed special condition, the Court will be uniform with the new search condition imposed on recent federal offenders sentenced for sex offenses. In addition, the court will be in accordance with the offender's current treatment contract.

In regards to the pornography condition, the new order eliminates "*…that depicts children under the age of 18*" and restricts all sex offenders from *"...possessing, owning, use, view, read, or frequent places with any sexually explicit material in any form."* The proposed modification of this special condition will be uniform with the new condition ordered on all recent sex offense cases.

In regards to the proposed special condition of pre-approved residence, the court will be uniform with the condition requiring all sex offenders to inform the probation officer of a residence change. This affords the probation officer the opportunity to inspect the new residence and to ascertain whether the new residence is in accordance with the criteria established for sex offenders.

The proposed modications have been reviewed and discussed with the supervisee. No objections to the proposed modifications were offered and the supervisee signed the *Waiver of Hearing to Modify Special Conditions of Supervised Release*, which is attached for the Court's review.

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO**
**Senior United States Probation Officer**
Telephone: 559-499-5725

**DATED:** 5/19/2014

Reviewed by,

/s/ Tim D. Mechem

**TIM D. MECHEM**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   May 20, 2014                                    _____
                                                                               SENIOR  DISTRICT  JUDGE